DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JETBLUE AIRWAYS CORPORATION,** and **SEDGWICK CMS,**
Appellants,

v.

**MELISSA DUVAL, SUNSHINE CLEANING SYSTEMS LLC,** and **SP PLUS CORPORATION,**
Appellees.

No. 4D2025-1395

[January 8, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Daniel Casey, Judge; L.T. Case No. CACE24002385.

Lynne Mercado of Litchfield Cavo, LLP, Fort Lauderdale, for appellants.

Daren Stabinski of Daren Stabinski, P.A., Fort Lauderdale, for appellee Melissa Duval.

No appearance for appellees Sunshine Cleaning Systems LLC and SP Plus Corporation.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER and SHAW, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***